LOUIS J. SALTZMAN, Respondent, v. RAY SALTZMAN, Appellant.— Order denying motion for a new trial on the ground of newly-discovered evidence unanimously

---

* Amd. by Laws of 1929, chap. 650.— [REP.

affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.